**Fill in this information to identify the case:**

Debtor 1: <u>James Ray Gray</u>

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of <u>Nevada (Las Vegas)</u>

Case number  <u>14-12933-abl</u>

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:  Mortgage Information

**Name of creditor:** <u>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1</u>

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: <u>3707</u>

**Property address:**  <u>701 Sunny Place</u>
Number  Street

<u>Las Vegas, NV 89106</u>
City            State      ZIP Code

## Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
The next postpetition payment from the debtor(s) is due on:   <u>08</u> / <u>01</u> / <u>2019</u>
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____
c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/___
MM / DD / YYYY

Debtor 1 __James Ray Gray__
    First Name   Middle Name   Last Name

Case number (*if known*) __14-12933-abl__

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __Ace C. Van Patten (11731)__
 Signature

Date __July 9, 2019__

Print   __Ace C. Van Patten__
   First Name   Middle Name   Last Name

Title __Attorney for Creditor__

Company   __Tiffany & Bosco, P.A. / 19-73126__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   __10100 W. Charleston Boulevard, Suite 220__
    Number     Street
   __Las Vegas, NV 89135__
   City     State    ZIP Code

Contact phone __702-258-8200__

Email __pocnotifications@tblaw.com__

# TIFFANY & BOSCO
P.A.

Jason C. Kolbe, Esq.
Nevada Bar No. 11624
Ace Van Patten, Esq.
Nevada Bar No. 11731
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com

**Attorney for Secured Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1**
19-73126

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

James Ray Gray
   Debtor.

BK Case No.: 14-12933-abl

Chapter 13

## CERTIFICATE OF MAILING

1. On July 9, 2019 I served the following document(s):

   **Response to Notice of Final Cure**

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■ **a. ECF System:**

     Janet Trost
     janettrostesq@aol.com
     Attorney for Debtor

|   |   |
|---|---|
| 1 | Kathleen A Leavitt |
| 2 | courtsecf3@las13.com<br>Trustee |

3  ■  **b. United States mail, postage fully prepaid:**

4  James Ray Gray

5  701 Sunny Place

6  Las Vegas, NV  89106

7

8  Debtors

9  ☐ c. Personal Service

10 ☐ For a party represented by an attorney, delivery was made by handing the
11 document(s) to the attorney's office with a clerk or other person in charge, or if no
12 one is charge by leaving the document(s) in a conspicuous place in the office.

13 ☐ For a party, delivery was made by handing the document(s) to the party or by
14 leaving the document(s) at the person's dwelling house or usual place of abode with
15 someone of suitable age and discretion residing there.

16 ☐ **d. By direct mail (as opposed to through the ECF System)**

17 Based upon the written assignment of the parties to accept service by email or a court
18 order. I caused the document(s) to be sent to the persons at the mail addresses listed
19 below. I did not receive, within a reasonable time after the transmission, any
20 electronic message or other indication that the transmission was unsuccessful.

21 ☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if*
22 *necessary)*

23 Based upon the written assignment of the parties to accept service by fax transmission
24 or a court order. I faxed the document(s) to the persons at the fax numbers listed

25

26

below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 9th day of July, 2019.

By: /s/ Cortney Massey